# Third District Court of Appeal

## State of Florida

Opinion filed January 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1634
Lower Tribunal No. 19-3865
_____

**Carlos Mesa, et al.,**
Appellants,

vs.

**Cuevas, Garcia & Torres, P.A., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Garcia-Menocal Irias & Pastori, LLP, and Tomas A. Pastori, for appellants.

Wicker Smith O'Hara McCoy & Ford, P.A., and Jessica L. Gross, for appellees.

Before EMAS, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 2019).